# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JAMES CORNWELL,

        Plaintiff,

v.                           CASE NO.  4:17cv36-RH/CAS

SHERIFF NARCO,
DR. THOMAS CASTILLENTI,
and DR. JOHN DOE,

        Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Tampa Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on August 30, 2017.

                         s/Robert L. Hinkle_____
                         United States District Judge